

# REPRIMAND

**TO:** A/CHIEF DADDARIO

**FROM:** CAPT. GREG ROYE

**DATE:** 05/31/2013

**Re:** INF-020513

**Violation:** Sick Leave/Conduct While on Sick Leave    S.O.P. Directive 10-05

---

As a result of Informal Investigation, INF - 020513 initiated by Acting Chief Mike Daddario, it was discovered by your then supervisor, Sgt. Jack Young, the following violation occurred:

On Tuesday, February 05th, 2013 (approx. 1422 hrs.), Sgt. Edwin Vargas came to your residence to hand deliver documents at the instruction of Chief Daddario and you were not home. At that time you were out of work on sick leave (since 01/26/13) and were supposed to be at your residence as it was your regular work day and regular duty hours.

Bal Harbour Administrative Directive 10-05 Sick Leave, clearly states employees on sick leave shall not leave his or her residence or other authorized location of confinement during their normal duty hours while on sick leave, except as follows: treatment from a health care provider, to obtain or fill medical prescriptions, or to go to the hospital. It also states the employee shall notify the Department prior to their departure, which you did not.

655 Ninety-Sixth Street · Bal Harbour, Florida 33154-2499 · (305) 866-5000 ·Fax (305) 993-5163

Exhibit N



**BAL HARBOUR POLICE DEPARTMENT**

An Accredited Law Enforcement Agency

A review of your sick leave taken over the last three (3) years shows the following:

2011 – 131hrs

2012 – 92.5 hrs

2013 – 228 hrs

You have made ample use of the sick leave policy and would have no excuse not to be thoroughly familiar with its contents.

As a result of this policy violation the **Department** is forced to take corrective action to assure this does not happen again and you are hereby given a **Written Reprimand** for the afore mentioned violation. If, in the future, violations of this nature occur, you will be subject to further discipline. Your Sergeant will use this incident as a training opportunity and as such provide roll call training for you in the near future.

I have received a copy of this disciplinary action. I understand that an appeals process is identified in the Collective Bargaining Agreement, or that I may attach a response, as I so desire.

Employee: _(UNDER PROTEST)_ R. FERNANDEZ  Date: 6/6/13

Evaluating Sergeant: A. ALVAREZ  Date: 6/6/13

Divisional Captain: G. Raya  Date: 06/06/13

Chief of Police: _____  Date: _____

655 Ninety-Sixth Street · Bal Harbour, Florida 33154-2499 · (305) 866-5000 ·Fax (305) 993-5163



BAL HARBOUR POLICE DEPARTMENT
An Accredited Law Enforcement Agency

DATE: 05/21/2013

TO: MICHAEL DADDARIO, ACTING CHIEF
BAL HARBOUR POLICE

VIA: GREGORY ROYE, CAPTAIN
BAL HARBOUR POLICE

FROM: JACK YOUNG, SERGEANT
BAL HARBOUR POLICE

SUBJECT: OFC. RAMON FERNANDEZ (VIOLATION OF 10-05 SICK LEAVE)

CASE NO: INF-020513

**Complainant alleges that:**

1. On Tuesday, February 05, 2013, Ofc. Ramon Fernandez was not at home during sick leave. (Allegation Classification: Violating Sick Leave Policy 10-05)

**Complainant:**

1. Daddario, Michael
   Acting Chief

**Witnesses:**

1. Vargas, Edwin
   Sergeant

INF-020513

655 Ninety-Sixth Street • Bal Harbour, Florida 33154-2499 • (305) 866-5000 •Fax (305) 993-5163



Michael Daddario, Acting Chief
May 21, 2013
Page 2

## INVESTIGATION

Fernandez was suspended from the take home vehicle program reference INF-122612 on 01/25/2013. On 01/26/2013 and 01/27/2013 Fernandez called out sick. On 01/28/2013 Dr. J Valencia faxed a note to the Bal Harbour Police Dept. stating that Fernandez was unable to return to work until 02/11/2013. On 02/05/2013 Sgt. Edwin Vargas was assigned to deliver documents to Fernandez's residence per acting Chief Michael Daddario. Sgt. Vargas responded to his residence and asked Dispatcher Christina Agramonte to make contact with Fernandez via telephone and respond outside. At that point a vehicle pulled into the driveway and Fernandez exited the vehicle along with two female passengers. Sgt. Vargas then hand delivered the documents to Fernandez.

INF-020513

655 Ninety-Sixth Street · Bal Harbour, Florida 33154-2499 · (305) 866-5000 ·Fax (305) 993-5163



Michael Daddario, Acting Chief
May 21, 2013
Page 3

**Officer Involved:**

1. Ofc. Ramon Fernandez
   Unit# 28 ID# 0028
   Uniform Patrol Officer

On Wednesday, April 24, 2013 at approximately 9:20am I spoke with Ofc. Ramon Fernandez in reference to the listed allegations. I asked him if he would like to give a statement, he declined.

Criminal Convictions: None

Prior Sustained Complaints: 2

**Additional Information**

1. Fernandez was on sick leave from January 26, 2013 to March 11, 2013.

2. February 05, 2013 was one of his regular work days when he was out sick.

3. Policy states that officers are not to leave their residence or place of confinement during their normal duty hours while on sick leave. Exceptions are treatment, appointments, prescriptions, and hospital. Also, officers must call to advise when they leave their confinement.

4. Department phone records show that Fernandez never contacted the station to receive authorization to leave residence.

INF-020513

655 Ninety-Sixth Street · Bal Harbour, Florida 33154-2499 · (305) 866-5000 ·Fax (305) 993-5163



**BAL HARBOUR POLICE DEPARTMENT**

An Accredited Law Enforcement Agency

Michael Daddario, Acting Chief
May 21, 2013
Page 4

**Documents**

1. Jan/Feb. 2013 sign in schedule.
2. Feb/March 2013 sign in schedule.
3. Valencia Medical Center doctor's note dated 01/28/2013.
4. Email from Acting Chief Daddario to Sgt. Vargas.
5. Memo from Sgt. Vargas to Acting Chief Daddario.
6. Department phone records for 02/05/2013.

INF-020513

655 Ninety-Sixth Street · Bal Harbour, Florida 33154-2499 · (305) 866-5000 ·Fax (305) 993-5163



Michael Daddario, Acting Chief
May 21, 2013
Page 5

**Disposition**

The facts and details outlined above have determined that the allegation(s) against Ofc. Fernandez are sustained. Captain Greg Roye was consulted throughout this investigation.

INF-020513

655 Ninety-Sixth Street · Bal Harbour, Florida 33154-2499 · (305) 866-5000 ·Fax (305) 993-5163



Michael Daddario, Acting Chief
May 21, 2013
Page 6

"I, the undersigned, do hereby swear, under penalty of perjury, that, to the best of my personal knowledge, information, and belief, I have not knowingly or willfully deprived, or allowed another to deprive, the subject of the investigation of any of the rights contained in ss. 112.532 and 112.533, Florida Statutes."

"I, the undersigned, do hereby swear, under the penalty of perjury, that, to the best of my personal knowledge, information, and belief that these statements are accurate and true."

Jack Young, Sergeant
Bal Harbour Police Department

INF-020513

655 Ninety-Sixth Street • Bal Harbour, Florida 33154-2499 • (305) 866-5000 •Fax (305) 993-5163

Michael Daddario

**From:** Michael Daddario
**Sent:** Wednesday, February 06, 2013 11:19 AM
**To:** Edwin Vargas
**Cc:** Greg Roye
**Subject:** Fernandez conduct while on sick leave

Please submit a memo to me detailing what happened yesterday when I asked you to deliver an envelope from MDPD to Officer Fernandez at his home.



Capt. Mike Daddario
655 96 St.
Bal Harbour FL 33154
305 866-5000 x103
Fax 305 993 5163

PLEASE NOTE: FLORIDA HAS A VERY BROAD PUBLIC RECORDS LAW. MOST WRITTEN COMMUNICATIONS TO OR FROM CITY OFFICIALS REGARDING CITY BUSINESS ARE PUBLIC RECORDS AVAILABLE TO THE PUBLIC AND MEDIA UPON REQUEST. YOUR E-MAIL COMMUNICATIONS MAY THEREFORE BE SUBJECT TO PUBLIC DISCLOSURE.

1



**BAL HARBOUR POLICE DEPARTMENT**
An Accredited Law Enforcement Agency

Date: February 06, 2013

To: Chief Michael Daddario (Acting)

Via: Chain of Command

From: Sergeant Edwin Vargas

Re: MEMORANDUM

Chief Daddario,

On Tuesday, February 05, 2013, I drove to Officer Fernandez's home to deliver a document per your request. Upon my arrival at approximately 1422 hours, I placed a call to Bal Harbour communications desk and requested dispatcher Cristina Agramonte make contact with the officer and have him respond outside. Within a minute after my call to dispatch, Officer Fernandez drove up to his home in a maroon jeep. The officer's wife was occupying the front passenger seat and an unknown older female occupied the rear passenger seat. A handicap decal hung from the rearview mirror. I hand delivered the envelope to the officer and departed immediately.

Respectfully,

655 Ninety-Sixth Street · Bal Harbour, Florida 33154-2499 · (305) 866-5000 ·Fax (305) 993-5163

| Time | Duration | Device | Source | Destination |
|---|---|---|---|---|
| 02/05/2013 00:05:12 | 00:23:00 | 8219 | Tele1 (8219) | +(82) 1954 326 1540 |
| 02/05/2013 06:40:31 | 00:30:02 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 06:45:31 | 00:30:02 | 866-4877 | | Tele2 (866-4877) |
| 02/05/2013 07:10:32 | 00:30:02 | 866-4877 | | Tele2 (866-4877) |
| 02/05/2013 07:15:31 | 00:30:02 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 07:40:33 | 00:11:21 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 07:45:32 | 00:04:36 | 866-4877 | | Tele2 (866-4877) |
| 02/05/2013 08:20:49 | 00:19:08 | 3330 | Tele1 (3330) | TOLL FREE CALL (800) 432-1429 |
| 02/05/2013 08:40:33 | 00:00:50 | 866-5000 | FEBBRAIO ERNEST (954) 804-4809 | Tele1 (866-5000) |
| 02/05/2013 08:43:32 | 00:12:43 | 866-5000 | WIRELESS CALLER (305) 308-8863 | Tele1 (866-5000) |
| 02/05/2013 09:05:17 | 00:09:58 | 866-5000 | C2C (901) 334-5004 | Tele1 (866-5000) |
| 02/05/2013 09:15:25 | 00:30:02 | 866-5000 | WIRELESS CALLER (305) 206-9391 | Tele1 (866-5000) |
| 02/05/2013 09:45:26 | 00:00:21 | 866-5000 | Tele1 (866-5000) | WIRELESS CALLER (305) 206-9391 |
| 02/05/2013 09:50:00 | 00:00:43 | 866-5000 | FEBBRAIO ERNEST (954) 804-4809 | Tele1 (866-5000) |
| 02/05/2013 09:53:21 | 00:00:23 | 866-5000 | WIRELESS CALLER (305) 807-6508 | Tele1 (866-5000) |
| 02/05/2013 09:53:45 | 00:30:01 | 866-5000 | WIRELESS CALLER (305) 206-9391 | Tele1 (866-5000) |
| 02/05/2013 10:23:45 | 00:07:20 | 866-5000 | WIRELESS CALLER (305) 206-9391 | Tele1 (866-5000) |
| 02/05/2013 10:51:51 | 00:00:28 | 866-5000 | WIRELESS CALLER (305) 807-6508 | Tele1 (866-5000) |
| 02/05/2013 10:55:34 | 00:00:24 | 866-5000 | WIRELESS CALLER (305) 807-6508 | Tele1 (866-5000) |
| 02/05/2013 11:20:19 | 00:00:51 | 866-5000 | Alvarez M (954) 445-6771 | Tele1 (866-5000) |
| 02/05/2013 11:21:27 | 00:01:08 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 11:34:56 | 00:01:15 | 866-5000 | HURTADO ERICK (305) 310-2080 | Tele1 (866-5000) |
| 02/05/2013 11:37:21 | 00:03:07 | 866-5000 | Cherenfant G (786) 320-4424 | Tele1 (866-5000) |
| 02/05/2013 11:41:05 | 00:02:37 | 866-5000 | O (305) 319-3045 | Tele1 (866-5000) |
| 02/05/2013 11:41:57 | 00:00:55 | 866-4877 | C2C (901) 334-5004 | Tele2 (866-4877) |
| 02/05/2013 11:43:44 | 00:04:46 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 11:52:42 | 00:03:06 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 11:54:03 | 00:01:05 | 866-4877 | FEBBRAIO ERNEST (954) 804-4809 | Tele2 (866-4877) |
| 02/05/2013 11:55:12 | 00:01:22 | 866-4877 | NORTH MIAMI CIT (305) 891-0294 | Tele2 (866-4877) |
| 02/05/2013 12:01:10 | 00:01:49 | 866-5000 | WIRELESS CALLER (954) 638-0052 | Tele1 (866-5000) |
| 02/05/2013 12:11:27 | 00:08:35 | 866-5000 | WIRELESS CALLER (786) 232-2584 | Tele1 (866-5000) |

| Date | Time | Duration | Number | Description | Line |
|---|---|---|---|---|---|
| 02/05/2013 | 12:20:10 | 00:00:58 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 | 12:56:58 | 00:00:13 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 | 13:00:22 | 00:00:17 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 | 13:00:39 | 00:00:42 | 866-5000 | SCOTTSDALE AZ (480) 596-4839 | Tele1 (866-5000) |
| 02/05/2013 | 13:10:42 | 00:03:30 | 866-5000 | HARBOUR HOUSE A (305) 868-5438 | Tele1 (866-5000) |
| 02/05/2013 | 13:34:30 | 00:00:58 | 866-5000 | HARBOUR HOUSE A (305) 868-6027 | Tele1 (866-5000) |
| 02/05/2013 | 13:49:27 | 00:01:28 | 866-5000 | HAMLIN MARTINA (786) 351-9293 | Tele1 (866-5000) |
| 02/05/2013 | 14:13:48 | 00:00:29 | 866-5000 | WIRELESS CALLER (305) 807-6508 | Tele1 (866-5000) |
| 02/05/2013 | 14:21:08 | 00:00:38 | 866-5000 | CENTER FOR INDE (305) 896-3000 | Tele1 (866-5000) |
| 02/05/2013 | 14:22:08 | 00:00:35 | 866-4877 | WIRELESS CALLER (305) 796-7532 | Tele2 (866-4877) |
| 02/05/2013 | 14:22:36 | 00:00:34 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 | 14:23:21 | 00:00:33 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 | 14:24:25 | 00:01:25 | 866-5000 | Tele1 (866-5000) | (786) 663-1291 |
| 02/05/2013 | 14:26:06 | 00:01:01 | 866-5000 | Tele1 (3057) | (305) 796-7532 |
| 02/05/2013 | 14:27:14 | 00:00:42 | 3057 | BARRY UNIVERSIT (305) 899-3614 | Tele1 (866-5000) |
| 02/05/2013 | 14:53:54 | 00:01:37 | 866-5000 | MIAMI DADE COUN (305) 365-3015 | Tele2 (866-4877) |
| 02/05/2013 | 14:55:08 | 00:00:26 | 866-4877 | | Tele2 (866-4877) |
| 02/05/2013 | 14:55:35 | 00:01:22 | 866-4877 | | Tele2 (866-4877) |
| 02/05/2013 | 14:57:01 | 00:01:00 | 866-4877 | O | Tele2 (866-4877) |
| 02/05/2013 | 15:07:05 | 00:01:09 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 | 15:08:14 | 00:01:01 | 866-5000 | Tele1 (3053) | (305) 345-8314 |
| 02/05/2013 | 15:10:04 | 00:01:05 | 3053 | WIRELESS CALLER (305) 336-7400 | Tele1 (866-5000) |
| 02/05/2013 | 15:13:56 | 00:00:52 | 866-5000 | JACQUES RULX (786) 271-7236 | Tele1 (866-5000) |
| 02/05/2013 | 15:19:44 | 00:00:25 | 866-5000 | WIRELESS CALLER (305) 542-7637 | Tele1 (866-5000) |
| 02/05/2013 | 15:39:27 | 00:01:47 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 | 15:40:30 | 00:00:09 | 866-5000 | | Tele2 (866-4877) |
| 02/05/2013 | 15:41:34 | 00:00:19 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 | 15:44:51 | 00:00:26 | 866-5000 | WIRELESS CALLER (305) 807-6508 | Tele1 (866-5000) |
| 02/05/2013 | 15:51:32 | 00:00:40 | 866-5000 | SEC.RESOURCES (856) 310-9191 | Tele1 (866-5000) |
| 02/05/2013 | 15:52:12 | 00:04:28 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 | 16:00:51 | 00:00:48 | 866-5000 | WIRELESS CALLER (305) 219-9610 | Tele1 (866-5000) |
| 02/05/2013 | 16:06:24 | 00:05:44 | 866-5000 | MARTIN EMILE (315) 247-1281 | Tele1 (866-5000) |

| Date/Time | Duration | Number | Name | Line |
|---|---|---|---|---|
| 02/05/2013 16:16:40 | 00:00:47 | 866-5000 | EPIC (901) 300-5040 | Tele1 (866-5000) |
| 02/05/2013 16:46:19 | 00:04:18 | 866-5000 | CRESCENT HTS IN (305) 573-3565 | Tele1 (866-5000) |
| 02/05/2013 17:28:40 | 00:00:23 | 866-5000 | ARQUITECTONICA (305) 372-1479 | Tele1 (866-5000) |
| 02/05/2013 17:29:04 | 00:00:38 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 18:03:17 | 00:30:02 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 18:31:27 | 00:01:18 | 866-4877 | HOWARD DALTON (305) 868-3286 | Tele2 (866-4877) |
| 02/05/2013 18:33:18 | 00:01:51 | 866-5000 | Tele1 (866-5000) | FEBBRATO ERNEST (954) 804-4809 |
| 02/05/2013 18:41:32 | 00:30:02 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 19:11:33 | 00:30:02 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 19:41:34 | 00:23:01 | 866-5000 | LUTHER AND TREV (305) 926-7620 | Tele1 (866-5000) |
| 02/05/2013 20:07:11 | 00:00:27 | 866-4877 | | Tele2 (866-4877) |
| 02/05/2013 20:07:13 | 00:30:01 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 20:25:26 | 00:04:38 | 866-4877 | Tele2 (866-4877) | (305) 935-4052 |
| 02/05/2013 20:37:13 | 00:19:38 | 866-5000 | BAL HARBOUR CTY (305) 861-3082 | Tele1 (866-5000) |
| 02/05/2013 20:57:17 | 00:20:19 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 22:17:14 | 00:00:29 | 866-5000 | | Tele1 (866-5000) |
| 02/05/2013 22:17:53 | 00:00:19 | 866-5000 | | Tele1 (866-5000) |