

BAL HARBOUR POLICE DEPARTMENT

An Accredited Law Enforcement Agency

Nov. 15, 2012

Dear Officer Fernandez:

As you know, an internal affairs investigation was initiated by the Bal Harbour Police Department to investigate the allegations you made in the written complaint you submitted on or about May 14, 2012 (the "Complaint"). The investigation was conducted by the Miami-Dade County Police Department Professional Compliance Bureau (the "PCB"). The PCB has now concluded its investigation of the Complaint. A copy of the PCB's investigative summary is attached.

Based on our review of the PCB's investigation summary and the supporting documents, the Village has concluded that Officer Duarte, while employed by the Village as a police dispatcher, inadvertently sent you an inappropriate text message and that Dispatcher Quint failed to log off from her computer which may have allowed others to access NCIC/FCIC and DAVID. The Village intends to take corrective action with Officer Duarte and Dispatcher Quint to address these issues

Please let me know if you have any questions regarding this matter.

Sincerely,

Chief Tom Hunker

655 Ninety-Sixth Street · Bal Harbour, Florida  Exhibit  (305) 866-5000 ·Fax (305) 993-5163

G

DATE:                          November 6, 2012

TO:                            J. D. Patterson, Acting Director
                               Miami-Dade Police Department

VIA:                           Glenn Stolzenberg, Major
                               Professional Compliance Bureau

FROM:                          Eduardo Leon, Sergeant
                               Internal Affairs Section

SUBJECT:                       Complaint of Officer Ramon Fernandez
                               Bal Harbour Police Department

CASE NUMBER:                   I.A. 2012-0170


## INVESTIGATION

On Tuesday, June 19, 2012, Bal Harbour Police Department (BHPD) Chief Tom Hunker contacted Miami-Dade Police Department (MDPD) Director James Loftus and requested that MDPD Professional Compliance Bureau (PCB) investigate a complaint made by BHPD Officer Ramon Fernandez.

On Wednesday, June 20, 2012, BHPD Chief Hunker sent PCB, via facsimile, the complaint letter he received from Officer Fernandez and a letter from his attorney, Mr. Louis M. Barrios-Balbin.  (For further details, refer to Official Record #2.)

On Wednesday, June 20, 2012, BHPD Chief Hunker also sent, via facsimile, two sexually explicit photographs, which were provided to him by Officer Fernandez.  (For further details, refer to Official Record #7.)

On Tuesday, July 3, 2012, BHPD Officer Fernandez, Badge 28, responded to the PCB to file a formal complaint against BHPD Officer Richard Duarte, Badge #21.

Investigator's Note: This investigator reviewed Officer Fernandez' letter and determined the below listed allegations had not been previously addressed by BHPD and warranted further investigation.

Complainant's Allegations:

On Tuesday, July 3, 2012, at 11:01 a.m., Officer Ramon Fernandez rendered a formal statement to this investigator at the PCB office.  Officer Fernandez provided the following information:

J.D. Patterson, Acting Director
November 6, 2012
Page 2

Officer Fernandez stated that on Sunday, June 5, 2011, at 9:40 a.m., and 9:41 a.m., BHPD Dispatcher Richard Duarte utilized his private cellular telephone to electronically send two sexually explicit photographs via text message to his personal cellular telephone.

Investigator's Note: On June 5, 2011, Richard Duarte was employed as a dispatcher with BHPD until February, 2012, when he became a sworn police officer with BHPD.

Officer Fernandez stated that BHPD Sergeant Paul Deitado utilized Auto-Track, Driver and Vehicle Information Database (DAVID), Florida Crime Information Center (FCIC), National Crime Information Center (NCIC) to conduct searches on him and his wife, Mrs. Isabella Quinn Fernandez.

Investigator's Note: On Wednesday, July 18, 2012, this investigator requested the MDPD Intelligence Analyst assigned to PCB to acquire a DAVID search of BHPD Officer Fernandez and contact the Florida Department of Law Enforcement (FDLE) and acquire a Transaction Archive Report (TAR) for BHPD Sergeant Paul Deitado. The TAR parameters were from July 1, 2011, through July 19, 2012, for BHPD Officer Ramon Fernandez, Mrs. Isabella Quinn Fernandez, and his daughter Miss Jessica Fernandez.

On Friday, July 27, 2012, FDLE sent the TAR, which revealed that BHPD Sergeant Deitado had not utilized FCIC/NCIC to conduct searches on Officer Fernandez or his family. However, the TAR did reveal that Officer Fernandez had utilized FCIC/NCIC to conduct searches on himself and his daughter, Miss Jessica Fernandez. (For further details, see Official Record #9.)

On Thursday, August 2, 2012, this investigator received the DAVID report from the State of Florida Department of Highway Safety & Motor Vehicle (DHSMV). A review of the report revealed that four BHPD employees conducted searches of Officer Fernandez' driver license. During the investigation BHPD Officer James Balikes was identified as a subject officer. (For further details, refer to the digitally recorded sworn statement #2.)

Complainant alleges that:

1. On Sunday, June 5, 2011, BHPD Officer Richard Duarte, Badge 21, utilized his personal cellular telephone to electronically send two sexually explicit photographs via text message to his personal cellular telephone. (Allegation Classification: Departmental Misconduct/Conduct Unbecoming.)

J.D. Patterson, Acting Director
November 6, 2012
Page 3

2. On Tuesday, February 28, 2012, Officer James Balikes, Badge 11, utilized the DAVID system to conduct a search of his driver license. (Allegation Classification: Departmental Misconduct/Improper Procedure.)

Complainant:

1. Officer Ramon Fernandez, H/M
   Badge 28
   Bal Harbour Police Department/Uniform Patrol

Criminal Convictions:              None

Prior Complaints:                  None

**WITNESSES**

Civilian:

1. Pamela Flanders-Alvin, B/F
   Bal Harbour Police Department/Police Dispatcher Supervisor

On Wednesday, August 15, 2012, at 1:40 p.m., Ms. Pamela Flanders-Alvin rendered a digitally recorded sworn statement to this investigator at the BHPD located at 655 96 Street, Bal Harbour, Florida. Also present during the interview was PCB Sergeant Heath Genovar. Ms. Flanders-Alvin provided the following information regarding the allegations:

Ms. Flanders-Alvin stated that on Thursday, December 15, 2011, she was instructed by former BHPD Captain Jay Smith to conduct DAVID searches on all City of Bal Harbour employees as part of a bi-annual inspection. Ms. Flanders-Alvin stated that she reported the results of the DAVID searches to Captain Smith and the patrol supervisor, Captain Leo Quinn. (For further details, refer to the digitally recorded sworn statement.)

Investigator's Note: Former BHPD Captain Jay Smith is the current Director of Human Resources for the city of Bal Harbour.

2. Christina Ann Agramonte, H/F
   Bal Harbour Police Department/Police Dispatcher

On Wednesday, August 15, 2012, at 3:42 p.m., Ms. Christina Ann Agramonte rendered a digitally recorded sworn statement to this investigator at the BHPD located at 655 96 Street, Bal Harbour, Florida. Also present during the interview was PCB Sergeant Heath Genovar. Ms. Agramonte provided the following information regarding the allegations:

I.A. 2012-0170

J.D. Patterson, Acting Director
November 6, 2012
Page 4

Ms. Agramonte stated that on Tuesday, February 28, 2012, she was approached by BHPD Officer James Balikes who handed her a piece of paper with a driver license number. Ms. Agramonte stated that Officer Balikes directed her to do a DAVID search of the driver license, at which time she learned it belonged to BHPD Officer Fernandez. Ms. Agramonte stated that she does not remember the reason Officer Balikes asked for the DAVID search. (For further details, refer to the digitally recorded sworn statement.)

3. Jaclene Quint, W/F
   Bal Harbour Police Department/Police Dispatcher

On Wednesday, August 22, 2012, at 12:46 p.m., Ms. Jaclene Quint rendered a digitally recorded sworn statement to this investigator at the BHPD located at 655 96 Street, Bal Harbour, Florida. Also present during the interview was PCB Sergeant Heath Genovar. Ms. Quint provided the following information regarding the allegations:

Ms. Quint stated that she did not conduct a DAVID search of Officer Fernandez' driver license on Wednesday, May 30, 2012, at 1:32 p.m. Ms. Quint stated that she would remember if she had because she knows Officer Fernandez. Ms. Quint also stated that she usually takes her meal break from 1 p.m. to 2 p.m. daily. Ms. Quint stated that she does not remember who relieved her for her meal break on May 30, 2012. Ms. Quint stated that she logged on to her computer terminal at the start of her shift and failed to log off when relieved for breaks. (For further details, refer to the digitally recorded sworn statement.)

Police:

1. Sergeant Paul Deitado, W/M
   Badge 15
   Bal Harbour Police Department/Detective Bureau

On Wednesday, August 22, 2012, at 12:05 p.m., Sergeant Paul Deitado rendered a digitally recorded sworn statement to this investigator at the BHPD located at 655 96 Street, Bal Harbour, Florida. Also present during the interview was PCB Sergeant Heath Genovar. Sergeant Deitado provided the following information regarding the allegations:

Sergeant Deitado stated that he was directed by BHPD Chief Hunker to conduct DAVID searches of all officers applying for the position of detective within the BHPD Tri-County Money Laundering Task Force. Sergeant Deitado stated that on Wednesday, May 2, 2012, he conducted DAVID searches on the four BHPD officers that applied for the position, including Officer Fernandez. (For further details, refer to Official Record #5.)

I.A. 2012-0170

J.D. Patterson, Acting Director
November 6, 2012
Page 5

Sergeant Deitado stated that at the conclusion of the interview process, he reported those findings and his recommendations to BHPD Chief Hunker and Captain Greg Roye. (For further details, refer to the digitally recorded sworn statement and Official Record #6.)

**EMPLOYEES INVOLVED**

1. Officer Richard Duarte, H/M
   Badge 21
   Bal Harbour Police Department/Uniform Patrol

On Wednesday, October 24, 2012, at 10:24 a.m., Officer Richard Duarte rendered a formal statement to this investigator at the PCB office located within the MDPD Fred Taylor Headquarters Building. Officer Duarte was represented by private attorney, Mr. Alex Alvarez. Officer Duarte provided the following information regarding the allegation:

Officer Duarte stated that on Sunday, June 5, 2011, he may have sent the two photographs via text message to his friends, but he did not remember specifically if he sent it to Officer Ramon Fernandez. Officer Duarte stated that Officer Fernandez never approached him to address the content of the photographs, to advise him that he found it offensive, or to ask him to stop. Officer Duarte stated that no one at the BHPD had ever brought this matter to his attention.

Investigator's Note: Officer Fernandez stated that he never approached Officer Duarte to address the content of the two photographs he received via text on his personal cellular telephone. Officer Fernandez stated that he never told Officer Duarte that he found the material offensive or asked him to stop. (For further details, refer to the Formal Statement.)

Officer Duarte stated that in November 2011, Officer Fernandez had made comments and jokes around members of the command staff, about him using illegal steroids. Officer Duarte stated that he found those comments offensive because it involved the use of illegal drugs, which could cost him his job. Officer Duarte stated that he approached Officer Fernandez, informed him that his jokes were offensive and asked him to stop. Officer Duarte stated that Officer Fernandez ignored his request and continued making comments and jokes. Officer Duarte stated that he wrote a memorandum to Captain Quinn, which detailed his observations concerning Officer Fernandez. Officer Duarte stated that the matter was addressed with Officer Fernandez and the comments stopped. (For further details, refer to the Formal Statement.)

I.A. 2012-0170

J.D. Patterson, Acting Director
November 6, 2012
Page 6

2. Officer James Balikes, W/M
    Badge 11
    Bal Harbour Police Department/Uniform Patrol

On Monday, October 15, 2012, at 10:47 a.m., Officer James Balikes rendered a formal statement to this investigator at the PCB office located within the MDPD Fred Taylor Headquarters Building. Officer Balikes was represented by Mr. Luis Fuste, an attorney with the Police Benevolent Association (PBA). Officer Balikes provided the following information regarding the allegation:

Officer Balikes stated that he does not remember the reason why he asked BHPD dispatcher Ms. Agramonte to conduct a DAVID search of Officer Fernandez' driver license. Officer Balikes stated that the incident occurred 10 months ago and he does not remember if he may have found the driver license number written on a piece of paper. Officer Balikes admitted to giving Ms. Agramonte a piece of paper with a driver license number; however, he denied knowing the reason for the request, nor does he remember what he did with the information. Officer Balikes stated that it was an inadvertent mistake without malicious intent. (For further details, refer to the Formal Statement.)

ADDITIONAL INFORMATION

1. On Wednesday, September 26, 2012, Officers Richard Duarte and James Balikes were notified that they were subject officers and ordered to appear at the PCB office located at the Fred Taylor Headquarters Building on Thursday, October 4, 2012.

   The PBA contacted this investigator and stated that they needed to reschedule Officer Balikes' statement to Thursday, October 11, 2012, due to no attorney available. The PBA also stated that they were not going to represent Officer Duarte on this matter because he was not a member on the date of the incident. Officer Duarte telephonically contacted this investigator and requested time to locate and hire a private attorney.

   On Tuesday, October 9, 2012, Officer Duarte contacted this investigator and stated that his private attorney would not be available until Thursday, October 24, 2012.

   On Thursday, October 11, 2012, the PBA contacted this investigator and re-scheduled Officer Balikes' statement for Monday, October 15, 2012, due to a child care issue.

I.A. 2012-0170

J.D. Patterson, Acting Director
November 6, 2012
Page 7

Due to the PBA's legal representation issues concerning both officers, the retaining of a private attorney, and the child care issues, the case was tolled until October 24, 2012. (For further details, refer to Official Record #15.)

## OFFICIAL RECORDS

1.  Preliminary Case Report.

2.  Facsimile transmittal sheet from BHPD Chief Tom Hunker to MDPD PCB with BHPD Officer Fernandez' complaint letter and Chief Hunker's written response, dated June 20, 2012.

3.  Electronic Mail (E-Mail) from BHPD Sergeant Paul Deitado with the subject of New Detective Position, dated May 1, 2011.

4.  E-Mail responses from BHPD Officers Ramon Fernandez, Hector Gonzalez, Alex Alvarez, and Jeff Hatcher, dated May 1, 2011, thru May 3, 2011, requesting to interview for the new Detective position.

5.  State of Florida DHSMV DAVID summaries of BHPD Officers Ramon Fernandez, Hector Gonzalez, Alex Alvarez, and Jeff Hatcher, dated May 2, 2012.

6.  Memorandum from BHPD Captain Greg Roye to Chief Tom Hunker regarding the outcome of the Detective position interviews, dated May 7, 2012.

7.  Printouts of two photographs provided to PCB Sergeant Eduardo Leon by BHPD Officer Ramon Fernandez.

8.  State of Florida DHSMV DAVID record of BHPD Officer Ramon Fernandez' driver license, dated July 1, 2011, through July 31, 2012.

9.  FDLE TAR provided to PCB Sergeant Eduardo Leon by MDPD PCB Intelligence Analyst, dated July 30, 2012.

10. MDPD Witness Employee Statement Form for BHPD employees Ms. Christina Agramonte, Ms. Jaclene Quint, Ms. Pamela Flanders-Alvin, and Sergeant Paul Deitado, dated August 15, 2012, through August 22, 2012.

11. BHPD Officer James Balikes Daily Activity Report and Squad D Zone Assignments/Statistical Summary, dated February 27, 2012

J.D. Patterson, Acting Director
November 6, 2012
Page 8

12.    BHPD employee photographs of James Balikes, Richard Duarte, Christina Agramonte, Jaclene Quint, Pamela Flanders-Alvin, and Paul Deitado.

13.    MDPD PCB, Notification of Allegation Memorandum, Acknowledgment Receipt of Official Records, Subject Employee Statement Form and signed receipt of acknowledgment of Law Enforcement Officer's Rights for Officer James Balikes, dated October 15, 2012.

14.    MDPD PCB, Notification of Allegation Memorandum, Acknowledgment Receipt of Official Records, Subject Employee Statement Form and signed receipt of acknowledgment of Law Enforcement Officer's Rights for Officer Richard Duarte, dated October 24, 2012.

15.    Toll memorandums.

**STATEMENTS**

1.    Officer Ramon Fernandez – Formal

2.    Ms. Christina Agramonte – Sworn Digitally Recorded

3.    Ms. Jaclene Quint – Sworn Digitally Recorded

4.    Ms. Pamela Flanders-Alvin – Sworn Digitally Recorded

5.    Sergeant Paul Deitado – Sworn Digitally Recorded

6.    Officer James Balikes – Formal

7.    Officer Richard Duarte – Formal

"I, the undersigned, do hereby swear, under penalty of perjury, that, to the best of my personal knowledge, information, and belief, I have not knowingly or willfully deprived, or allowed another to deprive, the subject of the investigation of any of the rights contained in ss. 112.532 and 112.533, Florida Statutes."

Eduardo Leon, Sergeant
Professional Compliance Bureau
Internal Affairs Section

I.A. 2012-0170