

# CLOSEOUT MEMO

**To:** Chief Tom Hunker

**From:** Captain Michael Daddario

**Date:** Nov. 13, 2012

**Re:** Internal Affairs Case 12-001

---

As the result of a 21 page "Complaint of Hostile Work Environment "letter addressed to Village Manager Alfred Treppeda by Ofc. Ramon Fernandez on May 14, 2012, an internal investigation was initiated (IA #12-001) and forwarded to Miami Dade P.D. Professional Compliance Bureau (MDPD case # IA 2012-0170) for investigation.

A letter of summary to you dated November 6, 2012 from MDPD Investigator Sgt. Eduardo Leon revealed three (3) possible policy violations for us to consider as a result of his investigation.

1. Dispatcher Jackie Quint through her statement revealed that on May 20th, 2012, she left the dispatch desk for her meal break and did not log off the computer leaving NCIC/FCIC and DAVID vulnerable.
    *note: No log sheets show what time Disp. Quint took her meal break that day nor which department member relieved her.

2. Ofc. Richard Duarte through his statement revealed that on June 5, 2011 he participated in and may have sent a "mass text" of inappropriate and possibly offensive photographs to friends and department members.

3. Ofc. James Balikes through his statement and a statement given by Disp. Agramonte, does not deny running a drivers license number belonging to Ramon Fernandez on Feb. 28th, 2012. He does not specifically remember the incident but believes he may have found a piece of paper in the squad room with the number on it and passed it on to the Disp. Agramonte to run.

All other allegations made in the letter were apparently either already investigated, not policy violations, unfounded or unsubstantiated.

655 Ninety-Sixth Street • Bal Harbour, Florida 33154-2498 • (305) 866-5000 Fax (305) 993-8183



Exhibit H



### Recommendations:

In regard to Disp. Quint I would recommend a finding of Substantiated with a Record of Counseling to file. Policy violation would be **Violation of CJIS Access Policy** and would include language advising how to go about locking her computer to prevent future incidents.

In regard to Ofc. Duarte I would recommend a finding of Substantiated with a Record of Counseling to file. Policy violation would be found in the Department Manual under **Ethical Standards For Police Conduct**. Counseling to include language on preventing future incidents which could bring discredit to the agency.

In regard to Ofc. Balikes I would recommend a finding of Unsubstantiated. It is not proven that Ofc. Balikes used the system for non-law enforcement purposes.

Attached is the investigative report and summary by MDPD Professional Compliance Bureau.

Other findings not addressed in Ofc. Fernandez complaint that may have been uncovered as a result of this investigation should be further investigated under a separate IA filing.

I, Chief Tom Hunker, accept the recommendation of these findings: